UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Melissa Henderson**　　　　　　　　　Case No. 10-80670
　　　　　　　　　　　　　　　　　　　　Chapter 13

Social Security No. xxx-xx-9962
Address:3004 University Drive, ,Durham, NC 27707-

　　　　　　　　　　　Debtor

**OBJECTION TO CLAIM**

**NOW COMES** the Debtor above-named, through counsel, pursuant to 11 U.S.C. §502 and Bankruptcy Rule 3007, who respectfully objects to the proof of claim filed by the creditor CHASE HOME FINANCE L.L.C. and dated July 12, 2010, for the following reasons:

1.　The Proof of Claim asserts that Chase Home Finance, LLC.("Chase")is entitled to attorneys' fees in the amount of $300.00 for filing of this Proof of Claim.

2.　Upon information and belief, this portion of the Proof of Claim is based on a writing between Chase and its attorney, which presumably details the obligations and services required.

3.　That a copy of such writing has not been included with the Proof of Claim nor has a statement of the circumstances of the loss or destruction of such writing been included

4.　That such writing is necessary to determine the reasonableness of fees as required under both 11 U.S.C. §506(b) and Paragraph 25 of the Deed of Trust.

**WHEREFORE**, the Debtor prays that the Court enter an Order reducing the claim to the sum of $4,836.12 .

Dated: September 8, 2010

　　　　　　　　　　　　　　　　　　　**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

　　　　　　　　　　　　　　　　　　　/s Edward Boltz
　　　　　　　　　　　　　　　　　　　Edward Boltz
　　　　　　　　　　　　　　　　　　　N.C. State Bar No. 23003
　　　　　　　　　　　　　　　　　　　6616-203 Six Forks Road
　　　　　　　　　　　　　　　　　　　Raleigh, N.C. 27615
　　　　　　　　　　　　　　　　　　　(919) 847-9750

claimomd.wpt (rev. September 2, 2009)

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Melissa Henderson**

Case No. 10-80670
Chapter 13

Social Security No. xxx-xx-9962
Address: 3004 University Drive, ,Durham, NC 27707-

Debtor

### CERTIFICATE OF SERVICE

I, Renee Nolte, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age and that on September 8, 2010. I served copies of the foregoing **OBJECTION TO CLAIM** electronically or, when unable, by regular first-class U.S. mail, addressed to the following parties:

CHASE HOME FINANCE L.L.C.
**Attn: Managing Agent**
10790 Rancho Bernardo Road
San Diego, CA 92127-

Seaan Corcoran
Attorney for CHASE HOME FINANCE L.L.C.
5121 Parkway Plaza Drive
Suite 300
Charlotte, NC 28217-

U.S. Bankruptcy Administrator


Richard M. Hutson, II
Chapter 13 Trustee

/s Renee Nolte
Renee Nolte